(212) 619-0728
FAX: (212) 619-2288

# UNITED PROCESS SERVICE, INC.
THIRD FLOOR
315 BROADWAY
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com
Web: www.unitedprocess.com

Date Received     04/20/11

CHARLES TOLBERT, ESQ.
244 FIFTH AVENUE
SUITE 200
NEW YORK, NY 10001

Client Code 6293
(212) 769-7980
*(917) 692-7908*

**ANDRE MEISEL**

Index # 11 CIV 2665 (SULLIVAN)

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Invoice #     530736
Date Purchased     04/19/11
120 Day     08/17/11
Serve by     04/21/11

Plaintiff:    TONY DUQUETTE, INC., ETANO

Defendant:    J. CREW GROUP, INC.

Copies     Yes

*****

Recipient(s):

1) J. CREW GROUP, INC.     SUMMONS AND COMPLAINT; RULE 7.1. STATEMENT & CIVIL COVER SHEET

Location:     Business: ATTN: JENNIFER SHEAFFER
770 BROADWAY, 12TH FL
NEW YORK, NY 10013

SERVED Date: *4/21*  Time: *1157*  Serve Sec'y of State ____  Adv. Fee ____  Att. Sending ____

New Address ____

Served on: *Antonio Fortes* ____ Title/Relationship *Mt*

Desc: Sex: *M*  Skin Color *DC*  Hair Color *BK*  Approx Age *45*  Height *5'9*  Weight *180 most*

Remarks:     **SERVE BY 04/21/11**

---

**REASON FOR RETURN**
UNKNOWN____ MOVED____ NEED APARTMENT #____
NO SUCH NUMBER____ NO LONGER EMPLOYED____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____

**POSTAL SEARCH** ____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED, NO FWD ADD____ FORWARDING ORDER EXPIRED____

**MOTOR VEHICLE SEARCH** ____
D.O.B, VIN OR PLATE #____
NO HIT____ SAME ADDRESS____ NEW ADDRESS____

CODE *A* CHARGE *70* CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: CHARLES TOLBERT, ESQ.

TONY DUQUETTE, INC., ETANO

Plaintiff(s)

Index # 11 CIV 2665 (SULLIVAN)

- against -

Purchased April 19, 2011

J. CREW GROUP, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 21, 2011 at 11:57 AM at

ATTN: JENNIFER SHEAFFER
770 BROADWAY, 12TH FL
NEW YORK, NY 10013

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1. STATEMENT & CIVIL COVER SHEET on J. CREW GROUP, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ANTONIO FORTES personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; RULE 7.1. STATEMENT & CIVIL COVER SHEET as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 45 | 5'9 | 180 |
| MUSTACHE | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 22, 2011

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**ANDRE MEISEL**
License #: 1372356
Invoice #: 530736

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: CHARLES TOLBERT, ESQ.

TONY DUQUETTE, INC., ETANO

Plaintiff(s)

Index # 11 CIV 2665 (SULLIVAN)

- against -

Purchased April 19, 2011

J. CREW GROUP, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 21, 2011 at 11:57 AM at

ATTN: JENNIFER SHEAFFER
770 BROADWAY, 12TH FL
NEW YORK, NY10013

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1. STATEMENT & CIVIL COVER SHEET on J. CREW GROUP, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ANTONIO FORTES personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; RULE 7.1. STATEMENT & CIVIL COVER SHEET as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 45 | 5'9 | 180 |

MUSTACHE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 22, 2011

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238652
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**ANDRE MEISEL**
License #: 1372356
Invoice #: 530736

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728