RICHARD S. MANDEL
JOEL K. SCHMIDT
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
Telephone: (212) 790-9200
Facsimile:  (212) 575-0671

Attorneys for Defendant
J. Crew Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY DUQUETTE, INC. and HUTTON WILKINSON,<br><br>                              Plaintiffs,<br><br>v.<br><br>J. CREW GROUP, INC.,<br><br>                              Defendant. | 11 CIV 2665 (RJS)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant J. Crew Group, Inc. certifies that its parent corporation is Chinos Intermediate Holdings B, Inc., which is wholly owned by Chinos Intermediate Holdings A, Inc., which is wholly owned by Chinos Holdings, Inc.  There are no publicly held corporations that own 10% or more of Defendant's stock.

Dated: New York, New York
       May 12, 2011

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant J. Crew Group, Inc.

By: _____
       Richard S. Mandel
       Joel K. Schmidt
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

18863/025/1241026.1