CHARLES G. TOLBERT
LAW OFFICES OF CHARLES TOLBERT
244 Fifth Avenue, Suite 200
New York, NY 10001
(212) 769-7980
(201) 828-5819 (fax)
Email: cggt@charlestolbert.com

Attorney for Plaintiff and Counterdefendant
HUTTON WILKINSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY DUQUETTE, INC. and HUTTON WILKINSON, | No. 11 CV 2665 (RJS) |
| Plaintiffs, | REPLY TO COUNTERCLAIM |
| vs. | |
| J.CREW GROUP, INC. | |
| Defendant, | |

Plaintiff and Counterdefendant HUTTON WILKINSON ("Wilkinson" or "Plaintiff") hereby replies to the counterclaim asserted by J. Crew Group, Inc. ("Counterclaimant") as follows:

1.  In response to paragraph 1 of the counterclaim, Plaintiff lacks information sufficient to enable it to admit or deny the allegations contained in this paragraph.

2.  In response to paragraph 2 of the counterclaim, Plaintiff admits that Wilkinson is an individual but denies that Wilkinson resides in West Hollywood, California.

3.  In response to paragraph 3 of the counterclaim, Plaintiff admits the

Reply to Counterclaim              -1-

allegations contained in this paragraph.

4. In response to paragraph 4 of the counterclaim, Plaintiff contends that this paragraph consists entirely of conclusions of law and does not require a response, however to the extent that a response is required, Plaintiff admits that the counterclaim seeks cancellation of the trademark but Plaintiff denies that Counterclaimant is entitled to that relief.

5. In response to paragraph 5 of the counterclaim, Plaintiff contends that this paragraph consists entirely of conclusions of law and does not require a response, however to the extent that a response is required, Plaintiff denies the allegations in their entirety.

6. In response to paragraph 6 of the counterclaim, Plaintiff contends that this paragraph consists entirely of conclusions of law and does not require a response, however to the extent that a response is required, Plaintiff denies the allegations in their entirety.

### AFFIRMATIVE DEFENSES TO COUNTERCLAIM

### FIRST DEFENSE

7. The counterclaim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

8. The counterclaim is barred as a result of Counterclaimant's unclean hands.

### THIRD DEFENSE

9. The counterclaim is barred because the recovery sought would constitute an unjust enrichment.

### FOURTH DEFENSE

10. Counterclaimant is not entitled to the relief sought because Counterclaimant has not exhausted its administrative remedies.

**WHEREFORE**, Plaintiff denies that Counterclaimant is entitled to any of the relief sought in its prayer and asks that the Court accordingly deny Counterclaimant's claim and its relief sought.

Dated: June 1, 2011

LAW OFFICES OF
CHARLES TOLBERT

By: _____/s/_____
　　　Charles Tolbert

Attorney for Plaintiffs
TONY DUQUETTE, INC.
and HUTTON WILKINSON