UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SULLIVAN

**11 CIV 2665**

| | |
|---|---|
| Tony Duquette, Inc. and Hutton Wilkinson | Plaintiff, |
| -v- | |
| J. Crew Group, Inc. | |
| | Defendant. |

Case No.

APR 2 0 2011
U.S.D.C. S.D.N.Y.
CASHIERS

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Tony Duquette, Inc. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 4/19/11

Signature of Attorney

Attorney Bar Code: CT3829

Form Rule7_1.pdf  SDNY Web 10/2007