UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-11
```

TONY DUQUETTE, INC., *et uno*,

        Plaintiffs,

-v-

J CREW GROUP, INC., *et al.*,

        Defendants.

No. 11 Civ. 2665 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from counsel for Plaintiffs, informing the Court that Plaintiff is unable to appear in person at the July 18, 2011 settlement conference due to a scheduling conflict. Because the Court's strong preference is for the Plaintiff to attend the conference in person, the settlement conference is rescheduled for Monday, July 11, 2011, at 10:00 a.m. in Courtroom 21C.

SO ORDERED.

Dated:    July 5, 2011
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE