UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/11
```

TONY DUQUETTE, INC., *et uno*,

        Plaintiffs,

-v-

J CREW GROUP, INC., *et al.*,

        Defendants.

No. 11 Civ. 2665 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Pursuant to the conference held on July 11, 2011, the parties have agreed to settle this matter. Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:    July 12, 2011
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE