CHARLES G. TOLBERT
LAW OFFICES OF CHARLES TOLBERT
244 Fifth Avenue, Suite 200
New York, NY 10001
(212) 769-7980
(201) 828-5819 (fax)
Email: cggt@charlestolbert.com
Attorney for Plaintiffs TONY DUQUETTE, INC.
and HUTTON WILKINSON

RICHARD S. MANDEL
JOEL K. SCHMIDT
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9200
(212) 575-0671 (fax)
Attorneys for Defendant
J. Crew Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY DUQUETTE, INC. and HUTTON WILKINSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>J. CREW GROUP, INC.,<br><br>    Defendant. | No. 11 CV 2665 (RJS)<br><br>**STIPULATION FOR DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the parties to the captioned action, through their designated counsel, that the entire action, including any counterclaims, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 22, 2011

                                         **Attorney for Plaintiffs**
                                         **Tony Duquette, Inc. and Hutton Wilkinson**

By: /ctolbert/_____
**Charles Tolbert Esq.**
Law Office of Charles Tolbert

**Attorneys for Defendant**
**J. Crew Group, Inc.**

By: /s/_____
**Richard S. Mandel, Esq.**
Cowan, Liebowitz & Latman, P.C.